UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Joseph Antonetti,<br><br>                      Petitioner,<br>  v.<br><br>Dwight Neven, et al.,<br><br>                      Respondents. | Case No. 2:24-cv-00351-RFB-BNW<br><br>Order Dismissing Case |

      Joseph Antonetti has submitted a *pro se* 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 1-1.) He has not paid the filing fee. He has failed to submit an application to proceed in forma pauperis or the requisite inmate account statements. While he has submitted a financial certificate, it is not signed by an authorized officer. (ECF No. 1-2.) Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

      The petition, therefore, is dismissed without prejudice. The petitioner shall file a new federal habeas petition, in a new case with a new case number and a new, completed application to proceed in forma pauperis with the required financial information or the $5.00 filing fee.[1]

      **IT IS THEREFORE ORDERED** that the Clerk of Court detach and electronically file the petition (ECF No. 1-1).

---

[1] The court notes that Antonetti has filed several habeas corpus petitions in this court. This petition appears to be an improper second and successive petition. (See 3:17-cv-00621-MMD-CLB, ECF No. 53, denying a petition on the merits that challenged the same judgment of conviction that Antonetti seeks to challenge here; see also 3:11-cv-00157-ECR-WGC; 3:11-cv-00451-RCJ-WGC.)

1

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice as improperly commenced.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue.

The Clerk is directed to enter judgment accordingly and close this case.

**DATED:** April 16, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE