UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>                Petitioner,<br><br>        v.<br><br>DWIGHT NEVEN, et al.,<br><br>                Respondents. | Case No. 2:24-cv-00351-RFB-BNW<br><br>**ORDER** |

      Joseph Antonetti submitted a pro se 28 U.S.C. § 2254 petition for writ of habeas corpus. See ECF No. 1-1. Because he did not pay the $5.00 filing fee or submit a completed application to proceed in forma pauperis with the required inmate account statements for the past six months and completed financial certificate, this Court dismissed the petition without prejudice. ECF No. 3; 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

      Antonetti filed a motion for reconsideration of the dismissal. ECF No. 7. He says he has been transferred several times recently, including out of state, and he says that in New Mexico they would not process financial certificates for actions in Nevada. The Court, therefore, will grant the motion for reconsideration. Petitioner has 30 days to pay the filing fee or submit a fully completed ifp.

1    **IT IS THEREFORE ORDERED** that Petitioner's motion for reconsideration **(ECF No. 7) is GRANTED**.

**IT IS FURTHER ORDERED** that the order dismissing the petition **(ECF No. 3) is VACATED**.

**IT IS FURTHER ORDERED** that within 30 days of the date of this order Petitioner must submit either the $5.00 filing fee or a fully completed application to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that failure to do so may result in the dismissal of this action without prejudice and without further prior notice.

**DATED:** March 5, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**