UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DWIGHT NEVEN, et al.,<br><br>　　　　　Respondents. | Case No. 2:24-cv-00351-RFB-BNW<br><br>**ORDER** |

　　　Joseph Antonetti submitted a pro se 28 U.S.C. § 2254 petition for writ of habeas corpus. See ECF No. 1-1. Because he did not pay the $5.00 filing fee or submit a completed application to proceed in forma pauperis with the required inmate account statements for the past six months and completed financial certificate, this Court dismissed the petition without prejudice. ECF No. 3; 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

　　　The Court then granted Antonetti's motion for reconsideration of the dismissal because he had recently been transferred several times and had had difficulty getting his financial certificates processed. ECF No. 8. The order dismissing the case was vacated and Antonetti was given 30 days—up to April 7, 2025—to pay the filing fee or submit a fully completed ifp. Id. That order was served on Antonetti at his address of record, High Desert State Prison (HDSP), on March 6, 2025. See id. It was returned with the notation "Undeliverable not at HDSP." See ECF No. 9. Under the Local Rules, a pro se party must immediately file with the Court written notification of any change of mailing address or email address. See LR IA 3-1. Accordingly, Antonetti has 30 days to file a notice of change of address. Failure to file the change of address will result in the dismissal of this action without prejudice and without further prior notice.

1    **IT IS THEREFORE ORDERED** that Petitioner has 30 days from the date of this order to file a notice of change of address. Failure to update his address will result in dismissal of this action without prejudice.

**DATED:** May 5, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**