# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH ANTONETTI, | Case No. 2:24-cv-00351-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his amended petition. See ECF No. 25. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Petitioner's second unopposed Motion to Extend (ECF No. 25) is **GRANTED**. Petitioner has until October 6, 2026, to file his amended petition.

**DATED:** July 6, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**