AARON D. FORD
Attorney General
ERIC S. HOSHIZAKI (Bar No. 3442)
Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1124
Fax: (775) 684-1108
ehoshizaki@ag.nv.gov
*Attorney for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSEPH ANTONETTI,

Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

Respondents.

Case No. 2:24-cv-00351-RFB-BNW

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION FOR STAY AND ABEYANCE (FIRST REQUEST)**

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Eric S. Hoshizaki, Deputy Attorney General, hereby move this Court for an enlargement of time of forty-five days from the current due date of October 16, 2026, up to and including November 30, 2026, in which to file a response to Joseph Antonetti's motion for stay and abeyance.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and Rule LR IA 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

This is the first enlargement of time sought by Respondents to file a response to the motion for stay and abeyance, and this motion is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 15th day of October, 2026.

AARON D. FORD
Attorney General

By: /s/ Eric S. Hoshizaki
ERIC S. HOSHIZAKI (Bar No. 3442)
Deputy Attorney General

**DECLARATION OF COUNSEL**

I, ERIC S. HOSHIZAKI, hereby declare, based on personal knowledge and/or information and belief, that the following is true:

1. I am a Deputy Attorney General in the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2. The deadline to file the response to the motion for stay and abeyance is currently October 16, 2026. I have been unable, with due diligence, to timely complete the response to the motion for stay and abeyance. Therefore, I respectfully request a forty-five-day enlargement of time, up to and including November 30, 2026, to file a response to Antonetti's motion for stay and abeyance.

3. This motion for enlargement of time is made in good faith and not for the purpose of delay.

4. In the past few months, Respondents handled multiple federal and state habeas matters with competing deadlines, including filing: a response and a reply in support of a motion to dismiss on August 5, 2026, (*Mario Espinoza v. Calvin Johnson, et al.*, Case No. USDC 3:21-cv-00198-MMD-CSD); a motion to transfer on August 10, 2026, (*Joel Alvara-Rivera v. Warden Henley*, Case No. 8th JD A-26-950769-W0); a motion to dismiss on August 18, 2026, (*Mark Dupuis v. State of Nevada*, Case No. 8th JD A-26-951253-W); a motion to dismiss on August 27, 2026, (*Darris Taylor v. John Henley and James Dzurenda*, Case No. 1st JD 26 EW 00016 1B); a partial response and request to transfer petition for writ of habeas corpus on August 27, 2026, (*Marius Prince v. The State of Nevada*, Case No. 8th JD A-26-952307-W); a motion to dismiss on August 27, 2026, (*Francisco Duran v. Ronald E. Oliver*, Case No. 8th JD A-26-950272-W); a reply in support of a motion to dismiss on September 9, 2026, (*Sean McKendrick v. William Reubert, et al.,* Case No. USDC 3:22-cv-00165-ART-CSD); an opposition to motion for leave to expand the record on October 2, 2026, (*Oscar Loya v. Tim Garrett, et al.,* Case No. USDC 3:22-cv-00309-MMD-CLB); and a motion to dismiss on October 8, 2026, (*Aaron Hine v. Manuel Portillo, et al.*, Case No. USDC 2:26-cv-02022-RFB-EJY).

5. Despite these competing obligations, I have actively worked on the response to the motion for stay and abeyance in this matter. The motion raises issues concerning exhaustion and stay

and abeyance, relies on the Ninth Circuit's recent decision in *Doerr v. Shinn*, 176 F.4th 1117 (9th Cir. 2026), and presents newly obtained evidence concerning a claim that Antonetti seeks to return to state court to exhaust. Responding to the motion also requires review of Antonetti's prior federal habeas proceedings to determine whether the operative petition is second or successive and whether related preclusion doctrines apply, as well as an analysis of the applicable state procedural bars, the effect of *Shinn v. Ramirez,* 596 U.S. 366 (2022), on the newly presented evidence, and the merits of the underlying ineffective-assistance claim. Additional time is necessary to complete that review and analysis, prepare the response, and provide the Senior Deputy Attorney General sufficient time to review and edit the response before filing.

6. I contacted Petitioner's counsel, Mr. Greg S. Silvey, who has indicated that he has no objection to this requested enlargement.

7. Based on the foregoing, I respectfully request an enlargement of time of forty-five days from the current due date of October 16, 2026, up to and including November 30, 2026, in which to file a response to Antonetti's motion for stay and abeyance.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

Dated this 15th day of October, 2026.

/s/ Eric S. Hoshizaki
ERIC S. HOSHIZAKI (Bar No. 3442)
Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this 15 day of October, 2026.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify I am an employee of the Office of the Attorney General and on this 15th day of October 2026, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION FOR STAY AND ABEYANCE (FIRST REQUEST)** by U.S. District Court CM/ECF electronic filing to:

Greg S. Silvey
PO Box 5501
Boise ID 83750
greg@idahoappeals.com

/s/ Carrie Crago